IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY ARD,
    Petitioner,

vs.                          Case No.:  3:07cv252/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 17, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

    Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's Motion to Dismiss or Stay Petition for Writ of Habeas Corpus (Failure to Exhaust State Court Remedies) (Doc. 12) is **GRANTED** to the extent it seeks dismissal of this action.

    3.  The amended petition for writ of habeas corpus (Doc. 9) is **DISMISSED without prejudice** for failure to exhaust.

    **DONE AND ORDERED** this 8th day of January, 2008.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**